SERVE THIS COPY

FILED
2021 JAN -8 PM 1:46

**VIRGINIA:**

### IN THE PRINCE WILLIAM COUNTY CIRCUIT COURT

MITRA HOOSHANGI,     *

     Plaintiff,     *

vs.     *   Case No. CL21-0263

ROSS DRESS FOR LESS, INC.     *
AND ANY AND ALL
OFFICERS AND EMPLOYEES     *

     Defendant.

### COMPLAINT

COMES NOW the Plaintiff, MITRA HOOSHANGI, "HOOSHANGI" by counsel, and for her Complaint against the Defendants, ROSS DRESS FOR LESS, INC., AND ANY AND ALL OFFICERS AND EMPLOYEES, "ROSS", states her grounds as follows:

1. This Court has jurisdiction over this matter as it arises from an incident that occurred on January 10th, 2019 at the Ross Dress for Less Store located at 10822 Sudley Manor Drive, Manassas, Virginia 20109.

2. At all times relevant hereto, Hooshangi, was a resident of the state of Virginia.

3. At all times relevant hereto, Ross, owned, operated, maintained, managed, rented, leased, serviced, was responsible for and/or otherwise controlled the premises located at 10822 Sudley Manor Drive, Manassas, Virginia 20109.

### COUNT I

#### (Negligence)

4. Hooshangi refers to and incorporates the preceding paragraphs as if fully stated



herein.

5. On or about January 10, 2019, Hooshangi was an invitee on the premises located at 10822 Sudley Manor Drive, Manassas, Virginia 20109, known as "Ross Dress for Less," a clothing store.

6. At approximately 2:55p.m. on January 10, 2019, Hooshangi was walking out of a dressing room in the clothing section when she slipped and fell on a greasy substance on the smooth surface of the flooring, causing serious injuries.

7. At all times relevant hereto, Ross, owed obligations and duties to Hooshangi to make sure the premises at located at 10822 Sudley Manor Drive, Manassas, Virginia 20109, was in a reasonably safe condition free of defects and dangerous conditions of which they knew or should have known to exist and/or warn Hooshangi of said defects and/or dangerous conditions of which they knew or should have known to exist and which Hooshangi would not detect through reasonable inspection.

8. Notwithstanding those obligations and duties aforesaid, Ross, breached their obligations and duties owed to Hooshangi by negligently causing, allowing to remain, failing to warn of a dangerous and defective condition on the premises consisting of a liquid substance on the floor, on the premises of Ross.

9. As a result of the fall and as a direct and proximate result of Ross's, negligence, Hooshangi suffered numerous bodily injuries including, but not limited to, severe and permanent bodily injuries, physical pain and suffering, inconvenience, mental anguish, scarring, disfigurement, humiliation and embarrassment, all in the past and continuing into the future, as well as incurring expenses for the medical services rendered by health care providers for the diagnosis and treatment of his injuries.

10. At all times mentioned herein, Hooshangi was an invitee.

11. As an invitee, Hooshangi had the right to assume that the premises were reasonably safe for his visit.

12. Ross had a duty to use ordinary care to have the premises in a safe condition for the use all invitees, including Hooshangi.

13. Ross also had a duty to warn all invitees, including Hooshangi, of any unsafe condition, about which they knew or by the use of ordinary care should have known existed.

14. Notwithstanding these duties, Ross was negligent by failing to have the premises in a safe condition and/or by failing to warn Hooshangi of the unsafe condition that they knew or should have known existed for invitees at the premises.

15. The negligence of Ross was the proximate cause of the bodily injuries suffered by Hooshangi.

WHEREFORE the Plaintiff, by counsel, moves for a judgment against the Defendant ROSS DRESS FOR LESS, INC., AND ANY AND ALL OFFICERS AND EMPLOYEES for compensatory damages in the amount of FIVE HUNDRED THOUSAND Dollars and ZERO Cents ($500,000.00) with costs and interest from January 10, 2019.

PLAINTIFF DEMANDS A TRIAL BY JURY.

MITRA HOOSHANGI,

By Counsel

THE DAUGHERTY LAW FIRM, PC

_____
Justin Daniel, Esquire
Virginia State Bar No: 76649
9315 Center Street, Suite 106
Manassas, Virginia 20110
(703) 335-6468
(703) 335-2582 – Facsimile
justin@daughertylawpc.com
*Counsel for Plaintiff*

# COVER SHEET FOR FILING CIVIL ACTIONS
COMMONWEALTH OF VIRGINIA

Case No. 021-0263
(CLERK'S OFFICE USE ONLY)

PRINCE WILLIAM COUNTY

Circuit Court

MITRA HOOSHANGI          v./In re:          ROSS DRESS FOR LESS, INC.
PLAINTIFF(S)                                DEFENDANT(S)

I, the undersigned [X] plaintiff [ ] defendant [ ] attorney for [ ] plaintiff [ ] defendant hereby notify the Clerk of Court that I am filing the following civil action. (Please indicate by checking box that most closely identifies the claim being asserted or relief sought.)

## GENERAL CIVIL
**Subsequent Actions**
- [ ] Claim Impleading Third Party Defendant
  - [ ] Monetary Damages
  - [ ] No Monetary Damages
- [ ] Counterclaim
  - [ ] Monetary Damages
  - [ ] No Monetary Damages
- [ ] Cross Claim
- [ ] Interpleader
- [ ] Reinstatement (other than divorce or driving privileges)
- [ ] Removal of Case to Federal Court

**Business & Contract**
- [ ] Attachment
- [ ] Confessed Judgment
- [ ] Contract Action
- [ ] Contract Specific Performance
- [ ] Detinue
- [ ] Garnishment

**Property**
- [ ] Annexation
- [ ] Condemnation
- [ ] Ejectment
- [ ] Encumber/Sell Real Estate
- [ ] Enforce Vendor's Lien
- [ ] Escheatment
- [ ] Establish Boundaries
- [ ] Landlord/Tenant
  - [ ] Unlawful Detainer
- [ ] Mechanics Lien
- [ ] Partition
- [ ] Quiet Title
- [ ] Termination of Mineral Rights

**Tort**
- [ ] Asbestos Litigation
- [ ] Compromise Settlement
- [ ] Intentional Tort
- [ ] Medical Malpractice
- [ ] Motor Vehicle Tort
- [ ] Product Liability
- [ ] Wrongful Death
- [X] Other General Tort Liability

## ADMINISTRATIVE LAW
- [ ] Appeal/Judicial Review of Decision of (select one)
  - [ ] ABC Board
  - [ ] Board of Zoning
  - [ ] Compensation Board
  - [ ] DMV License Suspension
  - [ ] Employee Grievance Decision
  - [ ] Employment Commission
  - [ ] Local Government
  - [ ] Marine Resources Commission
  - [ ] School Board
  - [ ] Voter Registration
  - [ ] Other Administrative Appeal

## DOMESTIC/FAMILY
- [ ] Adoption
  - [ ] Adoption – Foreign
- [ ] Adult Protection
- [ ] Annulment
  - [ ] Annulment – Counterclaim/Responsive Pleading
- [ ] Child Abuse and Neglect – Unfounded Complaint
- [ ] Civil Contempt
- [ ] Divorce (select one)
  - [ ] Complaint – Contested*
  - [ ] Complaint – Uncontested*
  - [ ] Counterclaim/Responsive Pleading
  - [ ] Reinstatement – Custody/Visitation/Support/Equitable Distribution
- [ ] Separate Maintenance
  - [ ] Separate Maintenance Counterclaim

## WRITS
- [ ] Certiorari
- [ ] Habeas Corpus
- [ ] Mandamus
- [ ] Prohibition
- [ ] Quo Warranto

## PROBATE/WILLS AND TRUSTS
- [ ] Accounting
- [ ] Aid and Guidance
- [ ] Appointment (select one)
  - [ ] Guardian/Conservator
  - [ ] Standby Guardian/Conservator
  - [ ] Custodian/Successor Custodian (UTMA)
- [ ] Trust (select one)
  - [ ] Impress/Declare/Create
  - [ ] Reformation
- [ ] Will (select one)
  - [ ] Construe
  - [ ] Contested

## MISCELLANEOUS
- [ ] Amend Death Certificate
- [ ] Appointment (select one)
  - [ ] Church Trustee
  - [ ] Conservator of Peace
  - [ ] Marriage Celebrant
- [ ] Approval of Transfer of Structured Settlement
- [ ] Bond Forfeiture Appeal
- [ ] Declaratory Judgment
- [ ] Declare Death
- [ ] Driving Privileges (select one)
  - [ ] Reinstatement pursuant to § 46.2-427
  - [ ] Restoration – Habitual Offender or 3rd Offense
- [ ] Expungement
- [ ] Firearms Rights – Restoration
- [ ] Forfeiture of Property or Money
- [ ] Freedom of Information
- [ ] Injunction
- [ ] Interdiction
- [ ] Interrogatory
- [ ] Judgment Lien-Bill to Enforce
- [ ] Law Enforcement/Public Official Petition
- [ ] Name Change
- [ ] Referendum Elections
- [ ] Sever Order
- [ ] Taxes (select one)
  - [ ] Correct Erroneous State/Local
  - [ ] Delinquent
- [ ] Vehicle Confiscation
- [ ] Voting Rights – Restoration
- [ ] Other (please specify)

[X] Damages in the amount of $ 500,000.00 are claimed.

1/8/21
DATE

JUSTIN DANIEL, ESQ.
PRINT NAME

THE DAUGHERTY LAW FIRM, PC
ADDRESS/TELEPHONE NUMBER OF SIGNATOR
9315 CENTER STREET, #106, MANASSAS, VA 20110/ 703-335-6168

JUSTIN@DAUGHERTYLAWPC.COM
EMAIL ADDRESS OF SIGNATOR (OPTIONAL)

[ ] PLAINTIFF [ ] DEFENDANT [X] ATTORNEY FOR [X] PLAINTIFF [ ] DEFENDANT

*"Contested" divorce means any of the following matters are in dispute: grounds of divorce, spousal support and maintenance, child custody and/or visitation, child support, property distribution or debt allocation. An "Uncontested" divorce is filed on no fault grounds and none of the above issues are in dispute.

FORM CC-1416 (MASTER) PAGE ONE 07/16

## Civil Action Type Codes
### (Clerk's Office Use Only)

Accounting .................................................................. ACCT
Adoption ..................................................................... ADOP
Adoption – Foreign .................................................... FORA
Adult Protection ........................................................ PROT
Aid and Guidance ...................................................... AID
Amend Death Certificate .......................................... ADC
Annexation ................................................................ ANEX
Annulment ................................................................. ANUL
Annulment – Counterclaim/Responsive Pleading .. ACRP
Appeal/Judicial Review
    ABC Board ........................................................... ABC
    Board of Zoning ................................................. ZONE
    Compensation Board ........................................ ACOM
    DMV License Suspension ................................. JR
    Employment Commission ................................. EMP
    Employment Grievance Decision ..................... GRV
    Local Government ............................................. GOVT
    Marine Resources .............................................. MAR
    School Board ...................................................... JR
    Voter Registration .............................................. AVOT
    Other Administrative Appeal ........................... AAPL
Appointment
    Conservator of Peace ........................................ COP
    Church Trustee .................................................. AOCT
    Custodian/Successor Custodian (UTMA) ...... UTMA
    Guardian/Conservator ...................................... APPT
    Marriage Celebrant ........................................... ROMC
    Standby Guardian/Conservator ...................... STND
Approval of Transfer of Structured Settlement ..... SS
Asbestos Litigation ................................................... AL
Attachment ............................................................... ATT
Bond Forfeiture Appeal ............................................ BFA
Child Abuse and Neglect – Unfounded Complaint .. CAN
Civil Contempt .......................................................... CCON
Claim Impleading Third Party Defendant –
    Monetary Damages/No Monetary Damages .......... CTP
Complaint – (Miscellaneous) .................................... COM
Compromise Settlement .......................................... COMP
Condemnation .......................................................... COND
Confessed Judgment ................................................ CJ
Contract Action ......................................................... CNTR
Contract Specific Performance ............................... PERF
Counterclaim – Monetary Damages/No Monetary
    Damages ................................................................ CC
Cross Claim ............................................................... CROS
Declaratory Judgment ............................................. DECL
Declare Death ........................................................... DDTH
Detinue ...................................................................... DET
Divorce
    Complaint – Contested/Uncontested ............ DIV
    Counterclaim/Responsive Pleading ................ DCRP
    Reinstatement – Custody/Visitation/Support/
        Equitable Distribution .................................. CVS
Driving Privileges
    Reinstatement pursuant to § 46.2-427 ............ DRIV
    Restoration – Habitual Offender or
        3rd Offense ..................................................... REST

Ejectment .................................................................. EJET
Encumber/Sell Real Estate ...................................... RE
Enforce Vendor's Lien ............................................... VEND
Escheatment ............................................................. ESC
Establish Boundaries ............................................... ESTB
Expungement ........................................................... XPUN
Forfeiture of Property or Money ............................ FORF
Freedom of Information ......................................... FOI
Garnishment ............................................................. GARN
Injunction .................................................................. INJ
Intentional Tort ......................................................... ITOR
Interdiction ............................................................... INTD
Interpleader .............................................................. INTP
Interrogatory ............................................................ INTR
Judgment Lien – Bill to Enforce ............................. LIEN
Landlord/Tenant ....................................................... LT
Law Enforcement/Public Official Petition ............. LEP
Mechanics Lien ......................................................... MECH
Medical Malpractice ................................................. MED
Motor Vehicle Tort .................................................... MV
Name Change ........................................................... NC
Other General Tort Liability .................................... GTOR
Partition ..................................................................... PART
Permit. Unconstitutional Grant/Denial by Locality LUC
Petition – (Miscellaneous) ....................................... PET
Product Liability ...................................................... PROD
Quiet Title ................................................................. QT
Referendum Elections ............................................. ELEC
Reinstatement (Other than divorce or driving
    privileges) ............................................................. REIN
Removal of Case to Federal Court .......................... REM
Restore Firearms Rights – Felony .......................... RFRF
Restore Firearms Rights – Review ......................... RFRR
Separate Maintenance ............................................. SEP
Separate Maintenance – Counterclaim/Responsive
    Pleading ................................................................ SCRP
Sever Order ............................................................... SEVR
Sex Change ............................................................... COS
Taxes
    Correct Erroneous State/Local ....................... CTAX
    Delinquent ......................................................... DTAX
Termination of Mineral Rights ................................ MIN
Trust – Impress/Declare/Create ............................. TRST
Trust – Reformation ................................................. REFT
Uniform Foreign Country Money Judgments ....... RFCJ
Unlawful Detainer .................................................... UD
Vehicle Confiscation ................................................. VEH
Voting Rights – Restoration .................................... VOTE
Will Construction ..................................................... CNST
Will Contested .......................................................... WILL
Writs
    Certiorari ........................................................... WC
    Habeas Corpus .................................................. WHC
    Mandamus ........................................................ WM
    Prohibition ........................................................ WP
    Quo Warranto ................................................... WQW
Wrongful Death ........................................................ WD